09-CR-05028-INFO



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR09-5028 |
| Plaintiff, | |
| v. | INFORMATION |
| CHARLES D. KING, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

On or about September 13, 2008, at Fort Lewis, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, CHARLES D. KING did operate a motor vehicle while under the influence of intoxicating liquor or drugs.

All in violation of Title 18, United States Code, Sections 7 and 13, and R.C.W. 46.61.502.

DATED this 14th day of January, 2009.

JEFFREY C. SULLIVAN
United States Attorney

FRED W. INMAN
Special Assistant United States Attorney

INFORMATION
United States v. CHARLES D. KING

Special Assistant United States Attorney
Office of the Staff Judge Advocate
PO Box 339500 MS 69
Fort Lewis, Washington 98433-0695
(253) 967-0711 – (253) 967-0140 Fax
lewissausa@conus.army.mil